UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPECIALTY MEDICAL EQUIPMENT, INC.,

    Plaintiff,                                     Case No. 25-cv-10664

v.                                                HON. MARK A. GOLDSMITH

MARK DOBRONSKI,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS (Dkt. 5) AS MOOT

On March 27, 2025, Defendant Mark Dobronski filed a motion to dismiss the complaint (Dkt. 4). On April 17, 2025, Plaintiff Specialty Medical Equipment, Inc. filed an amended complaint (Dkt. 6). The amended complaint, having been filed within 21 days of the motion to dismiss, complies with the timing requirements set forth in Federal Rule of Civil Procedure 15(1)(1)(B).

Accordingly, the motion to dismiss (Dkt. 5) is denied as moot.

SO ORDERED.

Dated: April 22, 2025                                              s/Mark A. Goldsmith
    Detroit, Michigan                                        HON. MARK A. GOLDSMITH
                                                      United States District Judge