UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPECIALTY MEDICAL
EQUIPMENT, INC.,

       Plaintiff/Counter-Defendant,

v.

       Case No. 25-cv-10664
       HON. MARK A. GOLDSMITH

MARK DOBRONSKI,

       Defendant/Counter-Plaintiff,

v.

GOHEALTH, 360, LLC and
FELISHA TOLEDO,

       Counter-Defendants.

_____/

## ORDER STRIKING DOCUMENT (Dkt. 23)

The Court has reviewed the following document: **Stipulated Protective Order (Dkt. 23).** The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☒ Other: The filing does not comply with the requirements set out in the Court's Electronic Filing Policies and Procedures. See Local Rule Appendix ECF Rule 12.

Accordingly, the Court strikes the document.  Proposed orders must be submitted in MS-Word format (.doc, .docx) via the link found in CM/ECF Utilities.

**SO ORDERED.**

Dated: July 7, 2026                        s/Mark A. Goldsmith
Detroit, Michigan                          MARK A. GOLDSMITH
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2026.

                                           s/Joseph Heacox
                                           JOSEPH HEACOX
                                           Case Manager